UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                      CASE NO. 5:05cv231/RS/AK

ROBERT B. SHACKLETTE, et al,

    Defendants.

_____/

**ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Before me is Defendant Union Planters Mortgage's Motion for Summary Judgment on Its Cross-Claim and Counter-Claim. (Doc. 62). Plaintiff does not oppose the motion. (Doc. 66).

## I. FACTS

This action involves the priority between a purchase-money mortgage and the United States' federal tax lien. Both parties agree that Defendant Union Planters Mortgage, now known as Regions Bank, received a mortgage on March 15, 1998, from Darlene H. Shacklette in the amount of $169,600 to purchase the condominium at issue in this case. This purchase-money mortgage was recorded on March 23, 1998. On May 17, 2002, the condominium was transferred to the Darlene H. Shacklette Trust. On February 25, 2003, the United States filed a notice of federal tax lien for the unpaid federal income taxes of Robert B. Shacklette against the Darlene H. Shacklette Trust.

## II. CONCLUSION

Defendant's Motion for Summary Judgment (Doc. 62) is GRANTED.

It is so ordered:

1. Defendant Regions Bank's mortgage is superior to the interests of the USA and all other Defendants.

2. Defendant Regions Bank is entitled to a credit bid at any foreclosure sale held in this matter.

3. Defendant Regions Bank is entitled to attorney's fees pursuant to local rules.  Plaintiff and Defendant Regions Bank shall review and comply with N.D.Fla.Loc.R.54.1(E) in determining the amount of fees and expenses to be awarded.


ORDERED on September 21, 2007.

                                    /S/ Richard Smoak
                                    RICHARD SMOAK
                                    UNITED STATES DISTRICT JUDGE